**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOHN QUINTANILLA,** | § | |
| **Plaintiff** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO.** |
| | § | **5:25-cv-733 JKP** |
| | § | |
| **LINCOLN NATIONAL LIFE** | § | |
| **INSURANCE COMPANY,** | § | |
| **Defendant** | § | |

**SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure, the Court issues the following scheduling order:

IT IS ORDERED THAT:

1. The parties shall file all amended or supplemental pleadings and shall join additional parties on or before November 28, 2025.

2. Because this matter involves a claim for benefits under an employee welfare benefit plan governed by the Employee Retirement Income Security Act of 1974 ("ERISA") 29 U.S.C. § 1001, *et seq*., this case is exempt from Initial Disclosures as per Fed. R. Civ. P. 26(a)(1)(B)(i). Furthermore, the parties agree that the Court will decide this case pursuant to Rule 52 of the Federal Rules of Civil Procedure based on the administrative record and the motions/briefs described in paragraph 3 below. Defendant will produce, but not file, a numbered copy of its proposed administrative record on or before February 6, 2026. Plaintiff will produce any suggested additions

to each putative record or object to the inclusion of matters contained therein on or before March 6, 2026.

3. The parties shall file their dispositive motions and briefs on the merits on or before May 15, 2026. Each party may respond to the opposing party's motion and briefing on or before June 12, 2026. No reply briefs are permitted unless requested by the Court or upon leave of Court. Should the Court determine a hearing is required to decide the dispositive issues, it will be set under a separate order.

SIGNED this _________ day of ________________________, 2025.

_______________________________________
JUDGE PRESIDING

AGREED:

/s/ *Jeffrey Dahl*_______________
Jeffrey Dahl
*for Plaintiff*

/s/ *Iwana Rademaekers*__________________
Iwana Rademaekers
*for Defendant*