IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN QUINTANILLA, *Plaintiff,* vs. LINCOLN NATIONAL LIFE INSURANCE COMPANY, *Defendant.* | § § § § § § § § § § | SA-25-CV-00733-JKP |

**SHOW CAUSE ORDER**

Before the Court is the above-styled cause of action, which was referred to the undersigned for all non-dispositive pretrial proceedings on July 1, 2025 [#3]. On September 24, 2025, the Court ordered the parties to appear before the Court for an initial pretrial conference. The Court held the conference via videoconference on this day. Although counsel for Plaintiff attended the conference, Defendant's counsel failed to appear.

**IT IS THEREFORE ORDERED** that Defendant **SHOW CAUSE** for their failure to follow an order of this Court to appear at the scheduled Initial Pretrial Conference on or before **October 24, 2025**. Failure to do so could result in sanctions.

SIGNED this 14th day of October, 2025.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE