**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOHN QUINTANILLA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **Case No. 5:25-CV-00733** |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**RESPONSE TO SHOW CAUSE ORDER**

Counsel for Defendant files this Response to the Court's Show Cause Order (Doc 11) entered on October 14, 2025, and states as follows:

Defendant's Counsel, Iwana Rademaekers, apologizes to the Court and to Plaintiff's counsel for failing to appear for the Scheduling Conference in the above-styled matter on October 14, 2025. In response to the Court's Order that Defendant's Counsel show cause for failing to appear, Defendant's counsel states that she had miscalendared the Conference for October 24th instead of October 14th. Although Defendant's counsel can explain the reason for failing to appear, counsel recognizes the inconvenience caused from her failure and deeply apologizes to all concerned.

Dated this 14th day of October 2025.

Respectfully submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

By: /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
Texas Bar No. 16452560

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Jeffrey E. Dahl, Esq.
Email: jdahl@erisaattorneyintexas.com

October 14, 2025
Date

/s/ Iwana Rademaekers
Iwana Rademaekers