IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN QUINTANILLA, | § | |
| *Plaintiff,* | § | SA-25-CV-00733-JKP |
| vs. | § | |
| LINCOLN NATIONAL LIFE INSURANCE COMPANY, | § | |
| *Defendant.* | § | |

**<u>ORDER</u>**

Before the Court is the above-styled cause of action. The record reflects that the Court ordered the parties to exchange proposals to the administrative record by March 6, 2026. The governing Scheduling Order does not contain a deadline for the filing of the agreed administrative record with the Court. Dispositive motions are due May 15, 2026. The Court will therefore order the parties to file a copy of the administrative record by May 1, 2026. If the parties are unable to meet this deadline or if there are any issues in their agreement of the administrative record, the parties should file an advisory with the Court by April 20, 2026.

SIGNED this 7th day of April, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE