**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOHN QUINTANILLA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 5:25-CV-00733** |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff John Quintanilla and Defendant The Lincoln National Life Insurance Company submit this Notice to advise the Court that the Parties have settled all matters in dispute in this action. The Parties anticipate filing closing papers with the Court within the next 30 days.

Dated: May 1, 2026.

Respectfully Submitted,

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

*/s/ Iwana Rademaekers*
Iwana Rademaekers
State Bar No. 16452560
17304 Preston Road, Suite 800
Dallas, Texas 75252
PH: (214) 579-9319
Fax: (469) 444-6456

ATTORNEYS FOR DEFENDANT

**- And -**

LAW OFFICE OF JEFFREY E. DAHL

*/s/ Jeffrey E. Dahl (with permission)*

Jeffrey E. Dahl
State Bar No. 05310900
The Commerce Building
314 E. Commerce, Suite 300
San Antonio, Texas 78205
PH: (210) 527-0900
Fax: (210) 527-0901
jdahl@erisaattorneyintexas.com

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Jeffrey E. Dahl, Esq.
Email: jdahl@erisaattorneyintexas.com

May 1, 2026 — /s/ Iwana Rademaekers
Date — Iwana Rademaekers