IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOHN QUINTANILLA, *Plaintiff,* vs. LINCOLN NATIONAL LIFE INSURANCE COMPANY, *Defendant.* | § § § § § § § § § | SA-25-CV-00733-JKP |

**ORDER RETURNING CASE TO DISTRICT COURT**

On May 1, 2026, the parties filed a Joint Notice of Settlement [#14], informing the Court they have settled this dispute and anticipate filing dismissal papers within 30 days. Accordingly, all matters referred to the Magistrate Judge have been considered and acted upon.

**IT IS THEREFORE ORDERED** that the above-entitled and numbered case is **RETURNED** to the District Court for all purposes.

SIGNED this 5th day of May, 2026.

ELIZABETH S. ("BETSY") CHESTNEY
UNITED STATES MAGISTRATE JUDGE