**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIODIVISION**

**JOHN QUINTANILLA,**

***Plaintiff,***

**v.** **No. 5:25-CV-00733-JKP**

**LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

***Defendant.***

**O R D E R**

The parties informed the Court they reached a settlement. *ECF No.* 14.

For this reason, the Court vacates all remaining Scheduling Order deadlines and settings. The Court ORDERS the parties to submit a Stipulation of Dismissal or an Agreed Judgment and any appropriate supporting documents on or before **thirty (30) days from the date of this Order**. *See* Fed. R. Civ. P. 41. Should the parties be unable to finalize the settlement and submit appropriate filings and documents by that date, they must request an extension of time to do so. If the parties do not file a Stipulation of Dismissal or an Agreed Judgment or request an extension by the appropriate deadline, the Court will issue a Show Cause Order and sanctions may be issued for failure to follow a court order. Any pending motions are DENIED as moot without prejudice to refiling, as needed.

It is so ORDERED.
SIGNED this 7th day of May, 2026.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE