**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **JOHN QUINTANILLA,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Case No. 5:25-CV-00733** |

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

Plaintiff John Quintanilla and Defendant The Lincoln National Life Insurance Company file this Joint Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a), and state as follows:

Plaintiff and Defendant no longer desire to litigate this action.

Accordingly, Plaintiff and Defendant stipulate that this action is dismissed with prejudice with all costs taxed against the party that incurred them.

WHEREFORE, Plaintiff and Defendant request that the Court take notice of the stipulation of dismissal and enter any necessary orders to close this case before the Court.

Dated this 15th day of May 2026.

Respectfully submitted,

LAW OFFICE OF JEFFREY E. DAHL

*/s/ Jeffrey E. Dahl (with permission)*
Jeffrey E. Dahl
State Bar No. 05310900
The Commerce Building
314 E. Commerce, Suite 300
San Antonio, Texas 78205
PH: (210) 527-0900
Fax: (210) 527-0901
jdahl@erisaattorneyintexas.com

ATTORNEY FOR PLAINTIFF

**- AND -**

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

*/s/ Iwana Rademaekers*
Iwana Rademaekers
State Bar No. 16452560
17304 Preston Road, Suite 800
Dallas, Texas 75252
PH: (214) 579-9319
Fax: (469) 444-6456

ATTORNEY FOR DEFENDANT